IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| MIRANDA ADAMS,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF COUNCIL BLUFFS, IOWA,<br><br>Defendant. | Case No. 1:24-cv-00021-SMR-HCA<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, Miranda Adams, by and through her undersigned counsel of record, and dismisses her lawsuit against the City of Council Bluffs, Iowa, with prejudice, with each party to pay their own attorney fees and costs.

Dated this 31st day of March 2025.


MIRANDA ADAMS, Plaintiff


By:  /s/ *Steven R. Hogan II*
     Steven R. Hogan II, #AT0015008
     FRASER STRYKER PC LLO
     500 Energy Plaza
     409 South 17th Street
     Omaha, NE 68102
     Telephone: (402) 341-6000
     Facsimile:  (402) 341-8290
     shogan@fraserstryker.com
     ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

This is to certify that on this 31st day of March 2025, a copy of the above and foregoing was served via electronic mail, upon the following:

| | |
|---|---|
| Holly Corkery | hcorkery@lynchdallas.com |
| Amy L. Reasner | areasner@lynchdallas.com |
| LYNCH DALLAS, P.C. | |
| 526 Second Avenue SE | |
| Cedar Rapids,, IA  52406 | |
| ATTORNEY FOR DEFENDANTS | |

*/s/Steven R. Hogan II*

3376838v1